# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Rachel Elizabeth Pedersen**  Docket No. 7:11-MJ-1216-1

### Petition for Action on Probation

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rachel Elizabeth Pedersen, who, upon an earlier plea of guilty to Possession of Drug Paraphernalia, 18 U.S.C.§13, NCGS 90-113.22, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on February 8, 2012, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

3. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

4. The defendant shall provide the probation office with access to any requested financial information.

5. The defendant shall pay a special assessment fee of $10.00 and a fine of $200.00.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The probationer informed the probation officer she was depressed and having problems coping with some personal matters. She is a part time student, unemployed and currently living with her mother who is disabled. The probationer expressed an interest in participating in mental health counseling. This probation officer believes the probationer would benefit from mental health therapy and is therefore recommending her conditions be modified to include a mental health condition.

Rachel Elizabeth Pedersen
Docket No. 7:11-MJ-1216-1
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

   Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Pamela O. Thornton
> Pamela O. Thornton
> Senior U.S. Probation Officer
> 2 Princess Street, Suite 308
> Wilmington, NC 28401-3958
> Phone: 910-815-4857
> Executed On: February 28, 2012

## ORDER OF COURT

Considered and ordered this 28 day of February, 2012, and ordered filed and made a part of the records in the above case.

Robert B. Jones Jr.
U.S. Magistrate Judge